1  DONALD P. EICHHORN (SBN139863)
   Email: donald.eichhorn@wilsonelser.com
2  FRANCIS TORRENCE (State Bar No. 154653)
   WILSON, ELSER, MOSKOWITZ,
3    EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California 94105
   Telephone:   (415) 433-0990
5  Facsimile:   (415) 434-1370

6  Attorneys for Defendant
   SAMSUNG ELECTRONICS AMERICA, INC.
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-00662-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE THE DISCOVERY DEADLINE** |

　　　　The parties hereto, Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendant SAMSUNG ELECTRONICS AMERICA, INC., hereby stipulate that the current deadline for fact discovery be modified, and request that that the Court issue an Order consistent with that Stipulation. The reasons for the request are set forth below.

　　　　The current discovery deadline for this case is December 4, 2018. The parties have been engaged in discovery and wish to conduct further discovery on this case. The parties also hope to make early efforts at possible resolution on the case. Additionally, counsel for the Defendant is on an extended family vacation, which falls right at the end of the current discovery phase, and

-1-
STIPULATION AND ORDER RE DISCOVERY

2135707v.1

has made scheduling of certain discovery cooperatively difficult. The parties thereby believe the best interest of managing and moving the case forward is to continue the fact discovery deadline so as to afford time for additional discovery, accommodate counsel's vacation, and allow for possible meaningful negotiations.

There have been no prior requests for extensions in the case to date.

The parties request that the new Fact Discovery Deadline is moved from December 4, 2018 to January 18, 2019.

For the foregoing reasons, and good cause appearing, the parties request that the Court modify the Scheduling order as set forth herein.

**IT IS SO STIPULATED.**

Dated: November _20_, 2018    HUBERT & YASUTAKE
                              DARREL K. YASUTAKE


                              By: /s/
                              _____
                              DARREL K. YASUTAKE
                              Attorneys for Plaintiff
                              STATE FARM INSURANCE CO.

Dated: November _20_, 2018    WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP


                              By: /s/
                              _____
                              DONALD P. EICHHORN
                              FRANCIS TORRENCE
                              Attorneys for Defendant
                              SAMSUNG ELECTRONICS
                              AMERICA, INC.

2135707v.1

# **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

The fact discovery deadline in this case is extended to January 18, 2019. All other deadlines remain in place.

Dated: November 27, 2018

Troy L. Nunley
United States District Judge