1  DONALD P. EICHHORN (SBN 139863)
   Email: donald.eichhorn@wilsonelser.com
2  FRANCIS TORRENCE (SBN 154653)
   Email: Francis.torrence@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
7  Attorneys for Defendant
   SAMSUNG ELECTRONICS AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-00662-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE CERTAIN DISCOVERY AND PRETRIAL DEADLINES** |

The parties hereto, Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendant SAMSUNG ELECTRONICS AMERICA, INC., hereby stipulate that the current deadlines for fact and expert discovery be modified, and request that the Court issue an Order consistent with that Stipulation. This is the parties' second request to modify the discovery schedule. The reasons for the request are set forth below.

The parties have been engaged in discovery. The parties have not yet completed discovery in this case because, based upon the information learned to date, the parties have hoped that this case could be resolved through settlement negotiations. Because of their interest in settlement, the pending discovery has not been completed as the parties have been attempting to preserve resources in favor of moving forward with settlement. (While the parties believe

-1-
STIPULATION AND ORDER RE DISCOVERY

2177935v.1

that further settlement negotiations can take place without the completion of the pending discovery, the parties believe that the pending discovery would be necessary if the case goes forward to trial.)

In light of the above, the parties have attempted to conduct meaningful settlement negotiations. The negotiations have been slow moving but steady. The negotiations are continuing to date. While the parties intend to continue to engage in negotiations, the parties believed it was important to apprise the Court of the status and to formally modify the existing pretrial deadlines regarding discovery and related conferences.

At this point in time, the parties continue to believe that negotiations can continue without the aid of any formal ADR services or a private mediator. However, the additional time requested herein will also provide time for such assistance if needed.

Additionally, the parties believe that they will not be bringing motions for summary judgment, which helps provide some modification to the original and current pretrial schedule.

For the above reasons, the parties respectfully request that the Court allow the parties to move the fact and expert discovery deadlines to the following new dates:

| | |
|---|---|
| Fact discovery deadline: | May 7, 2019[2] |
| Expert discovery disclosure: | May 30, 2019 |
| Supplemental expert disclosure: | June 28, 2019 |
| Expert discovery deadline: | July 31, 2019 |
| Joint Notice of Trial Readiness: | August 30, 2019 |

For the foregoing reasons, and good cause appearing, the parties request that the Court modify the Scheduling order as set forth herein. Of course, counsel for the parties are available to discuss these proposed modifications with the Court if the Court so wishes.

---

[2] The prior fact discovery cut off was January 18, 2019, due to a prior stipulation and order. The prior expert disclosure date was January 30, 2019.

2177935v.1

**IT IS SO STIPULATED.**

Dated: March _13_ , 2019HUBERT & YASUTAKE DARREL K. YASUTAKE

By: /s/
DARREL K. YASUTAKE
Attorneys for Plaintiff
STATE FARM INSURANCE CO.

Dated: March ___, 2019WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/
DONALD P. EICHHORN
FRANCIS TORRENCE
Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

The discovery deadlines in this case shall be modified as follows:

| | |
|---|---|
| Fact discovery deadline: | May 7, 2019 |
| Expert discovery disclosure: | May 30, 2019 |
| Supplemental expert disclosure: | June 28, 2019 |
| Expert discovery deadline: | July 31, 2019 |
| Joint Notice of Trial Readiness: | August 30, 2019 |

Dated: March 14, 2019

_____
Troy L. Nunley
United States District Judge

2177935v.1